IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **JANE DOES 103, 109, 120 & 121;** <br> **and JOHN DOES 103, 105,** <br> **107–113 & 120–123** | **PLAINTIFFS** |
| v. | Case No. 3:25-cv-00197-LPR |
| **EMMETT A. PRESLEY, et al.** | **DEFENDANTS** |

## ORDER

This case is closely related to several other cases filed in the Eastern District of Arkansas.[1] In light of Amended General Order No. 39, the Clerk of the Court is directed to immediately transfer this case to the Honorable D. P. Marshall Jr.

IT IS SO ORDERED this 3rd day of October 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *Does v. Presley et al.*, No. 3:23-cv-00230-DPM (E.D. Ark.); *Does v. Presley et al.*, No. 3:24-cv-00003-DPM (E.D. Ark.); *Does v. Presley et al.*, No. 3:24-cv-00012-DPM (E.D. Ark.); *Does v. Presley et al.*, No. 3:24-cv-00013-DPM (E.D. Ark.); *Does v. Presley et al.*, No. 3:24-cv-00014-DPM (E.D. Ark.).