**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOHN DOES 1, 2, 4, 5, 6 & 8; MICHAEL ROBINSON; and MAURICE COLLINS** — **PLAINTIFFS**

**v.** **No. 3:23-cv-230-DPM**

**EMMETT A. PRESLEY, *et al.*** — **DEFENDANTS**

**JOHN DOES 9-12 & 14-16; and NATHAN HARMON** — **PLAINTIFFS**

**No. 3:24-cv-3-DPM**

**EMMETT A. PRESLEY, *et al.*** — **DEFENDANTS**

**JOHN DOES 19-24, 26, 29 & 30** — **PLAINTIFFS**

**No. 3:24-cv-12-DPM**

**EMMETT A. PRESLEY, *et al.*** — **DEFENDANTS**

**JOHN DOES 103, 105, 107-113, 120-123; JANE DOES 103, 109, 120-121** — **PLAINTIFFS**

**No. 3:25-cv-197-DPM**

**EMMETT A. PRESLEY, *et al.*** — **DEFENDANTS**

## ORDER

**1.** The Court grants the parties' joint motion to consolidate, *Doc. 149*. Case No. 3:25-cv-197-DPM involves common questions of law

and fact; consolidation for pretrial matters makes good sense. Fed. R. Civ. P. 42(a)(2). Case No. 3:23-cv-230-DPM remains the lead case. All future filings should be made in that case.

**2.** For good cause, the Court also grants the defendants' joint unopposed motion for more time to answer or respond, *Doc. 150*, as modified. The Court reopens and extends defendants' time to answer or respond to 23 December 2025. Rather than re-doing all the briefing in the main case, the parties may incorporate pending briefs and supplement their arguments as they think best, most efficient, and most clear.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

12 December 2025