IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOES 1, 2, 4, 5, 6 & 8;  MICHAEL ROBINSON;  and MAURICE COLLINS | PLAINTIFFS |

v.   No. 3:23-cv-230-DPM

| | |
|---|---|
| EMMETT A. PRESLEY, *et al.* | DEFENDANTS |
| JOHN DOES 9-12 & 14-16;  and NATHAN HARMON | PLAINTIFFS |

No. 3:24-cv-3-DPM

| | |
|---|---|
| EMMETT A. PRESLEY, *et al.* | DEFENDANTS |
| JOHN DOES 19-24, 26, 29 & 30 | PLAINTIFFS |

No. 3:24-cv-12-DPM

| | |
|---|---|
| EMMETT A. PRESLEY, *et al.* | DEFENDANTS |
| JOHN DOES 103, 105, 107-113, 120-123; JANE DOES 103, 109, 120-121 | PLAINTIFFS |

No. 3:25-cv-197-DPM

| | |
|---|---|
| EMMETT A. PRESLEY, *et al.* | DEFENDANTS |

ORDER

Considering all the material circumstances, the proposed inspection (including photography and video) of the "Main House" is

-2-

too intrusive.  The connections with the alleged abuse are few.  The interior has changed substantially.  And plaintiffs can get adequate information with a drawing of the interior, whatever contemporaneous photographs of the three noted places may exist, and current photographs (provided by Mrs. Suhl) of those places.  A person's home is a sanctuary.  It shouldn't be entered without consent absent compelling reasons.  None exist here.  Joint report, *Doc. 175*, addressed.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 March 2026